BRYAN KONOSKI, ESQ.
Konoski & Partners, PC
180 Tices Lane
Suite 204, Building A
East Brunswick, NJ 08816
(844) 773-3476
Fax: (917) 456-9387
federalecf@gmail.com
*Attorney(s) for the Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FELICIA MCLAUGHLIN, | Case No.: 2:26-cv-00215-EJY |
| Plaintiff, | **MOTION FOR AN EXTENSION OF TIME TO FILE THE PLAINTIFF'S BRIEF ON CONSENT** |
| vs. | |
| FRANK BISIGNANO *Commissioner of Social Security*, | |
| Defendant | |

**COMES NOW** the Plaintiff, by and through her attorney of record, BRYAN KONOSKI, hereby moves for an extension of time to file the Plaintiff's brief and shows unto the Court as follows:

1. I am a Partner with Konoski & Partners, P.C. d/b/a THE FEDERAL APPEALS FIRM.

2. I am the Plaintiff's attorney.

3. The Plaintiff's brief is due on **May 14, 2026**.

4. I am asking the Court to grant a **sixty 60-day** extension of time to file the Plaintiff's brief, up to and including **July 13, 2026**. The bases for this request are set forth below.

5. **This is Plaintiff's 1st request for an extension of time in this matter.** Undersigned counsel respectfully submits that **good cause exists** for the requested extension. Counsel

currently carries a **heavy federal caseload with multiple conflicting briefing deadlines** in other Social Security disability matters pending before various federal district courts. Despite diligent efforts, the volume and complexity of these concurrent obligations **make it impracticable to file a thorough and adequate brief** by the current deadline. Counsel respectfully submits that the requested extension is necessary to ensure that Plaintiff's arguments are presented to the Court with the thoroughness and care that this matter requires.

6. I consulted with the Defense regarding this request. The Defense **consents** to the 60-day extension of time to file the Plaintiff's brief.

Dated: May 12, 2026

Respectfully submitted,

s/ Bryan Konoski

By: Bryan Konoski, Esq.
*Attorney(s) for the Plaintiff*
Konoski & Partners, PC
180 Tices Lane
Suite 204, Building A
East Brunswick, NJ 08816
(844) 773-3476
Fax: (917) 456-9387
federalecf@gmail.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FELICIA MCLAUGHLIN,

        Plaintiff,

vs.

FRANK BISIGNANO
*Commissioner of Social Security*,

        Defendant

Case No.: 2:26-cv-00215-EJY

**ORDER**

    **WHEREAS** the Plaintiff filed a motion requesting that the Court grant a sixty (60) day extension of time to file the Plaintiff's Brief; It is hereby

    **ORDERED** that the Plaintiff's motion is granted and the Plaintiff is directed to file Plaintiff's Brief by July 13, 2026.

                                  **IT IS SO ORDERED**

                                  _____
                                  U.S. MAGISTRATE JUDGE

                                  DATED: May 12, 2026