BRYAN KONOSKI, ESQ.
Konoski & Partners, PC
180 Tices Lane
Suite 204, Building A
East Brunswick, NJ 08816
(844) 773-3476
Fax: (917) 456-9387
federalecf@gmail.com
*Attorney(s) for the Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FELICIA MCLAUGHLIN,<br><br>        Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO<br>*Commissioner of Social Security*,<br><br>        Defendant | Case No.: 2:26-cv-00215-EJY<br><br><br>**MOTION FOR AN EXTENSION OF<br>TIME TO FILE<br>THE PLAINTIFF'S BRIEF<br>ON CONSENT** |

**COMES NOW** the Plaintiff, by and through her attorney of record, BRYAN KONOSKI, hereby moves for an extension of time to file the Plaintiff's brief and shows unto the Court as follows:

1.  I am a Partner with Konoski & Partners, P.C. d/b/a THE FEDERAL APPEALS FIRM.

2.  I am the Plaintiff's attorney.

3.  The Plaintiff's brief is due on **July 13, 2026**.

4.  I am asking the Court to grant a **thirty (30) day** extension of time to file the Plaintiff's brief, up to and including **August 12, 2026**. The bases for this request are set forth below.

5.  **This is Plaintiff's 2nd request for an extension of time in this matter.** Undersigned counsel respectfully submits that **good cause exists** for the requested extension. Counsel

currently carries a **heavy federal caseload with multiple conflicting briefing deadlines** in other Social Security disability matters pending before various federal district courts. Despite diligent efforts, the volume and complexity of these concurrent obligations **makes it impracticable to file a thorough and adequate brief** by the current deadline.

6. I consulted with the Defense regarding this request. The Defense **consents** to the 30-day extension of time to file the Plaintiff's brief.

Dated: July 7, 2026

Respectfully submitted,

s/ Bryan Konoski

By: Bryan Konoski, Esq.
*Attorney(s) for the Plaintiff*
Konoski & Partners, PC
180 Tices Lane
Suite 204, Building A
East Brunswick, NJ 08816
(844) 773-3476
Fax: (917) 456-9387
federalecf@gmail.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FELICIA MCLAUGHLIN,

        Plaintiff,

vs.

FRANK BISIGNANO
*Commissioner of Social Security*,

        Defendant

Case No.: 2:26-cv-00215-EJY

**ORDER**

    **WHEREAS** the Plaintiff filed a motion requesting that the Court grant a thirty (30) day extension of time to file the Plaintiff's Brief; It is hereby

    **ORDERED** that the Plaintiff's motion is granted and the Plaintiff is directed to file Plaintiff's Brief by August 12, 2026.

                        **IT IS SO ORDERED**

                        _____
                        UNITED STATES MAGISTRATE JUDGE

                        DATED:  __July 7, 2026_____